**Order entered September 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01329-CR

**AHMED ABDALLA MOHAMED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1435183-I**

## ORDER

We **GRANT** appellee's September 8, 2016 "Second Motion to Extend Time for Filing State's Brief." We **ORDER** the brief tendered to this Court by appellee on September 8, 2016 timely filed as of the date of this order.

/s/ DOUGLAS S. LANG
   JUSTICE